**Order issued June 5, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00215-CV

———————————

**LETHA PILLAI, Appellant**

**V.**

**JESUS VEGA AND DALIA VEGA, Appellees**

On Appeal from the 234th District Court
Harris County, Texas
Trial Court Case No. 2011-68692

## MEMORANDUM ORDER
## OF REFERRAL TO MEDIATION

The parties have filed an agreed motion, requesting the Court to grant mediation in this case; refer this appeal for mediation to Norman Roser, as mediator; and stay the appeal. We grant the motion in part and refer this appeal for

resolution by mediation with Norman Roser, as mediator. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 154.021, 154.022(a), 154.023.

The Court sets the following deadlines:

- No later than **10 days** from the date that this order is issued, the parties shall conduct the mediation.

- No later than **two days** from the conclusion of the mediation, the parties and the mediator shall advise the Clerk of this Court in writing whether the parties did or did not settle the underlying dispute, and the mediator shall file with the Clerk of this Court a completed "Appointment and Fee Report— Mediation" form. This document can be downloaded from the forms page of the Court's website at http://www.1stcoa.courts.state.tx.us.

All parties, or their representative with full settlement authority, shall attend the mediation with their counsel. The mediator shall encourage and assist the parties in reaching a settlement of their dispute, but may not compel or coerce the parties to enter into a settlement agreement. *See id.* § 154.053(a). All communications relating to the mediation are confidential and not subject to disclosure, except as set forth by law. *See id.* § 154.073. The Clerk of this Court, however, will file this order and the "Appointment and Fee Report—Mediation" forms with the other documents filed in this appeal that are available for public inspection.

Unless expressly authorized by the disclosing party, the mediator may not disclose to either party information given in confidence by the other and shall at all

times maintain confidentiality with respect to communications relating to the subject matter of the dispute. *See id.* § 154.053(b). Unless the parties agree otherwise, all matters, including the conduct and demeanor of the parties and their counsel during the settlement process, are confidential and may never be disclosed to anyone, including this Court. *See id.* § 154.053(c).

The Court will consider the agreed fee for the mediator's services to be reasonable and tax that fee as a cost of the appeal unless the parties agree to another method of payment. *See id.* § 154.054.

Nothing in this order modifies the timetables in the Texas Rules of Appellate Procedure regarding the appellate record and briefs. Nevertheless, we grant in part the request for an extension of time to file appellant's brief. **Appellant's brief is due to be filed within 30 days from the date of this order.**

/s/ Jim Sharp
**Justice Jim Sharp**
**Acting Individually**